IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

May, 27, 2008

UNITED STATE OF AMERICA
Plantiff

V.                                    MOTION
                                      Case No. 99-CR-295-01

Juan J. Zuniga
    Defendant


Dear Honorable Judge DANIEL R. DOMINGUEZ
   I am writing this pro-se letter/motion to this Court for the following items.
   1) Docket Sheets.
   2) Sentencing transcripts.
   I have not receive these items from this Court yet and need these and would like to get a copy of them.
   I will be thankfull for your help and time in this matter.

                          Respectfully
                          Juan J. Zuniga
                          #14887-069
                          FCI Herlong
                          P.O. Box 800
                          Herlong, CA 96113



Juan C. Zuniga
#14887-069
Federal Correctional Institution, Herlong
P.O. Box 800
Herlong, CA 96113

Legal Mail

28 MAY 2008 PM

To: Clerks Office District of
    Puerto Rico
    U.S. District Court
    Room 150 Federal Bldg
    San Juan, Puerto Rico 00918-1767