Page 1                                6/14/08

Honorable Judge Daniel R. Dominguez       **MOTION**
United States District Court
For The District of Puerto Rico

(RE: Juan J. Zuniga-Bruno #14887-069)(Case No. 99-CR-295)

Dear Honorable Judge Dominguez,

   I am filling this Pro-Se letter/Motion to this court for the following things.

   1) I need my trial transcripts with the jury veredict.

   2) I need my sentencing transcripts as well.

   If I need to pay for these transcripts of trial and sentencing, please let me know how much for them.

   I will be thankful for your time and help.

                       Respectfully,
                       Juan J. Zuniga-Bruno
                       #14887-069
                       F.C.I. Herlong
                       P.O. Box 800
                       Herlong CA 96113