Juan Zuniga
#41687-069
Federal Correctional Institution, Herlong
P.O. Box 800
Herlong, CA 96113

Legal Mail

Clerk U.S. District Court
c/o Duke Rios
U.S. District Court
Room 150 Federal Bldg
San Juan, Puerto Rico 00918-1767