# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA     *
     Plaintiff,             *
                          *
     v.                   *        CR 99-295-01 (DRD)
                          *
                          *
JUAN J. ZUÑIGA BRUNO       *
     Defendant           *
-----------------------------------------------*

# O R D E R

Pending before the Court are two handwritten letter requests by Juan J. Zuñiga Bruno, wherein he requests copies of the trial transcripts, sentencing transcripts, and docket sheet. The letters are dated May 14, 2008, DE 589, and May 27, 2008, DE 590. Defendant was re-sentenced on July 14, 2005 and no appeal was undertaken from said judgment. The re-sentence became final on July 28, 2005. The law, the Antiterrorism and Effective Death Penalty Act (AEDPA), Public Law No. 104-132, was effective on April 24, 1996. Said law establishes a limitation period of one year from the date a prisoner's conviction becomes final, within which to seek federal habeas relief under Title 28 USC § 2255. The AEDPA applies to all § 2255, filed after the enactment of the law, petitions Pratt v. United States, 129 F.3d 54, 58 (1st Cir. 1997). The two letters filed by petitioner were filed well beyond the one year term to seek redress on a § 2255 request. Therefore, any § 2255 petition is absolutely time barred. The Court sees no reason to incur in the expenses of sentencing and trial transcripts and docket sheet

CR 99-295-01 (DRD)                                                              Page 2

when the only material purpose, a § 2255 petition, is substantially time barred.  The two pending letter-

motions request are hereby DENIED.

     BY ORDER OF THE COURT.

     San Juan, Puerto Rico, this 9th day of July 2008.


             s/ Daniel R. Dominguez
            **DANIEL R. DOMINGUEZ**
            **U.S. DISTRICT JUDGE**